IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:23-cr-00046 |
| Plaintiff, | : | |
| | : | INFORMATION |
| v. | : | 18 U.S.C. § 641 |
| PETRA HOFSTETTER, | : | |
| Defendant. | : | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

(18 U.S.C. § 641)

On or about March 11, 2023, in the Southern District of Ohio, the Defendant, PETRA HOFSTETTER, did willfully embezzle, steal, purloin, and knowingly convert to her use or the use of another, a thing of value of the United States, to wit: property of the Army and Air Force Exchange Service.

In violation of 18 U.S.C. § 641.

KENNETH L. PARKER
United States Attorney

JAMES W. KITCHEN
Special Assistant United States Attorney